John S. Delikanakis (NV Bar No. 5928)
Gil Kahn (NV Bar No. 14220)
Markie Betor (NV Bar No. 15505)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jdelikanakis@swlaw.com
       gkahn@swlaw.com
       mbetor@swlaw.com

*Attorneys for Defendant Clark County Education Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN and JOANN DOE, parents and natural guardians of JANE DOE, a minor,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT; CLARK COUNTY EDUCATION ASSOCIATION; DARRYL L. LANCASTER; KEMALA WASHINGTON,<br><br>Defendants. | Case No.<br><br>**JOINT NOTICE OF REMOVAL** |

**TO:   THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**

Under 28 U.S.C. §§ 1331, 1367, 1441, and 1446, defendants Clark County School District ("CCSD"), Clark County Education Association ("CCEA"), Darryl L. Lancaster ("Lancaster"), and Kemala Washington ("Washington") (collectively, "Defendants") remove this action, *John Doe and Jane Doe v. Clark County School District, et al.*, No. A-24-884473-C, originally filed in the Eighth Judicial District Court for Clark County, Nevada, where it is now pending, to the United States District Court for the District of Nevada. Removal is warranted because this Court has federal-question jurisdiction over the plaintiffs' claim arising under 20 U.S.C. § 1681, *et seq*. (Title IX of the Educational Amendments of 1972) and 42 U.S.C. § 1983, supplemental jurisdiction over the plaintiffs' state-law claims, and all other removal requirements are satisfied.

**I.      Compliance with Statutory Requirements**

      **A.      Summary of Pleadings**

Plaintiffs John and Joann Doe, parents and natural guardians of Jane Doe, filed their complaint in the Eighth Judicial District Court on January 3, 2024, **Exhibit A** (complaint), which they served on Defendant Darryl L. Lancaster on January 23, 2024, Defendant CCEA on January 24, 2024, Defendant Washington on January 25, 2024, and Defendant CCSD on January 26, 2024, **Exhibit B** (summonses and affidavits of service). Plaintiffs filed an Initial Appearance Fee Disclosure on January 3, 2024.  **Exhibit C**.  No other pleadings have been filed.

      **B.      Nature of Complaint**

Plaintiffs John and Joann Doe allege that their minor daughter, Jane Doe, is a student at a CCSD middle school in Clark County, Nevada, at which Washington is the principal. Ex. 1 ¶ 1. They further allege that Lancaster was a CCSD teacher and CCEA member who worked at Jane Doe's middle school.  Ex. 1 ¶ 46.  During his employment, Lancaster allegedly "used his position of trust and authority over JANE DOE to groom, sexually harass, batter, inappropriately touch, molest, and abuse her." *Id*. Plaintiffs further allege that "Defendants' employees and members, including but not limited to WASHINGTON, knew or should have known of LANCASTER's abuse of JANE DOE, but due to their lack of training they failed to recognize those signs and/or intentionally covered up those signs." *Id* at ¶ 53.

Based on these allegations, Plaintiffs claim that **all Defendants** violated Jane Doe's federal rights under Title IX of the Educational Amendments of 1972 and the Fourteenth Amendment to the U.S. Constitution, as actionable under 42 U.S.C. § 1983. *Id*. at ¶¶ 105–21.  Plaintiff further assert several state-law causes of action based on the foregoing alleged conduct, including sexual assault (Lancaster and CCSD, only); assault and battery (Lancaster and CCSD, only); injury suffered by victim of pornography involving a minor, NRS § 41.1396, (Lancaster, only); action by victim of sexual assault under NRS § 41.13965 (CCSD, CCEA, and Washington), intentional infliction of emotional distress (all Defendants); negligent infliction of emotional distress (all Defendants); negligence (all Defendants); and negligent hiring/training/retention/supervision (CCSD, CCEA, and Washington). *Id*. at ¶¶ 112–77.

**C. Timeliness of removal**

A notice of removal must be filed within thirty days after the defendant receives "a copy of the initial pleading setting forth the claim for relief upon which such action . . . is based." 28 U.S.C. § 1446(b)(1). Each of the Defendants first received a copy of the initial pleading upon Plaintiffs' service of Summons and Complaint as identified in section I.A. above, with first service having been made on January 23, 2024, , making the earliest removal deadline February 22, 2024. This Notice of Removal is timely as it has been filed within thirty days of service of the initial Complaint on any one of the Defendants. 28 U.S.C. § 1446(b).

**II. Statement of Jurisdiction and Venue**

Under 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending." This action is removable under Section 1441(a) because the district court has original federal-question jurisdiction under 28 U.S.C. § 133, and supplemental jurisdiction under 28 U.S.C. § 1367, and venue is proper in the District of Nevada.

Venue is proper in the District of Nevada because it is the "district and division embracing the place where [this] action is pending." 28 U.S.C. § 1441(a).

**III. Conclusion**

This action is properly removed to this Court because Defendants timely filed their petition for removal, which demonstrates that this Court has jurisdiction over the action. In filing this petition, Defendants do not waive, and specifically reserve, all defenses, exceptions, rights and motions to the complaint. No statement or omission shall be deemed to constitute an admission by Defendants of any of the allegations or damages sought in the complaint.

Case 2:24-cv-00284-GMN-BNW   Document 1   Filed 02/09/24   Page 4 of 6

1  Dated: February 9, 2024.

   SNELL & WILMER L.L.P.

   By: */s/ John S. Delikanakis*
   John S. Delikanakis, Esq. (#5928)
   Gil Kahn, Esq. (#14220)
   Markie Betor, Esq. (#15505)
   3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV 89169
   Telephone: (702) 784-5200

   *Attorneys for Defendant Clark County Education Association*

   Dated: February 9, 2024.

   LAW OFFICES OF OLSON CANNON & GORMLEY

   By: */s/ Stephanie A. Baker*
   Stephanie A. Barker, Esq. (#3176)
   Thomas D. Dillard, Jr., Esq. (#6270)
   Stephanie M. Zinna, Esq. (#11488)
   9950 West Cheyenne Avenue
   Las Vegas, NV 89129
   Telephone: (702) 384-4012

   *Attorneys for Defendants Clark County School District and Kemala Washington*

   Dated: February 9, 2024.

   LAW OFFICES OF ANDREW W. LEAVITT, ESQ.

   By: */s/ Andrew M. Leavitt*
   Andrew M. Leavitt, Esq. (#3989)
   633 South 7th Street
   Las Vegas, NV 89101
   Telephone: (702) 382-2800

   *Attorney for Defendant Darryl L. Lancaster*

- 4 -

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2024, I electronically filed the foregoing **JOINT NOTICE OF REMOVAL** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED February 9, 2024.

                                             */s/ Debbie Shuta*
                                        An Employee of Snell & Wilmer L.L.P.

## **INDEX OF EXHIBITS**

| EXHIBIT | DESCRIPTION |
|---|---|
| A. | Complaint |
| B. | Summonses and Affidavits of Service |
| C. | Initial Appearance Fee Disclosure |

4885-8447-1971