THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 6270
STEPHANIE A. BARKER, ESQ.
Nevada Bar No. 3176
STEPHANIE M. ZINNA, ESQ.
Nevada Bar No. 11488
OLSON CANNON & GORMLEY
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone:      702-384-4012
Facsimile:  702-383-0701
Email: tdillard@ocgas.com
       sbarker@ocgas.com
       szinna@ocgas.com
*Attorneys for Defendants*
  *Clark County School District and*
  *Kemala Washington*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN and JOANN DOE, parents and natural guardians of JANE DOE, a minor,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; CLARK COUNTY EDUCATION ASSOCIATION; DARRYL L. LANCASTER; KEMALA WASHINGTON,<br><br>Defendants. | CASE NO. 2:24-cv-00284-GMN-BNW<br><br>**JOINT MOTION TO EXTEND DEADLINE FOR CLARK COUNTY SCHOOL DISTRICT AND KEMALA WASHINGTON TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiffs, John and Joanne Doe, parents and natural guardians of Jane Doe, a minor (Plaintiffs), and Defendants Clark County School District (CCSD) and Kemala Washington (Washington), collectively the "Moving Parties", by and through their undersigned counsel, for good cause shown, hereby move the Court for an extension of time for Defendants CCSD and Washington to respond to Plaintiffs' Complaint (ECF No. 1), up to and including February 26, 2024:

1. Defendants CCSD and Washington, Defendant Clark County Education Association (CCEA), and Defendant Lancaster jointly removed this action on February 9, 2024

1

(ECF No. 1), making February 16, 2024, the deadline for Defendants to answer or otherwise respond to the Complaint. FRCP 81(c)(2)(C).

2. Defendants CCSD and Washington require additional time to respond to the Complaint.

3. On February 15, 2024, Defendant CCEA and Plaintiffs filed a similar Joint Motion to Extend Deadline for Defendant CCEA to Respond to Complaint, agreeing to extend Defendant CCEA's deadline to respond to the Complaint to February 26, 2024. (ECF No. 8).

4. The Moving Parties therefore agree to extend the time for Defendants CCSD and Washington to answer or otherwise respond to the Complaint by 10 days up to and including February 26, 2024.

5. This request is not made for purposes of delay and is supported by good cause.

Dated: February 16, 2024.                               Dated: February 16, 2024.

PRINCE LAW GROUP                                        OLSON CANNON & GORMLEY

By: /s/ Colin P. Cavanaugh                              By: /s/ Stephanie A. Barker
Dennis M. Prince, Esq. (#5092)                          Thomas D. Dillard, Jr., Esq. (#6270)
Colin P. Cavanaugh, Esq. (#13842)                       Stephanie A. Barker, Esq. (#3176)
10801 W. Charleston Blvd.                               Stephanie M. Zinna, Esq. (#11488)
Suite 560                                               9950 W. Cheyenne Avenue
Las Vegas, NV 89148                                     Las Vegas, NV 89129
Telephone: (702) 534-7600                               Telephone: (702) 384-4012
*Attorneys for Plaintiffs*                              *Attorneys for Defendants*
                                                        *Clark County School District and*
                                                        *Kemala Washington*

## ORDER

Good cause appearing, the foregoing Joint Motion is hereby **GRANTED**. Defendant CCSD's and Defendant Washington's deadline to answer or otherwise respond to the Complaint (ECF No. 1) is extended up to and including February 26, 2024.

IT IS SO ORDERED.

DATED: 2/20/2024                                        _____
                                                        UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __16__ day of February, 2024, I served the above and foregoing JOINT MOTION TO EXTEND DEADLINE FOR CLARK COUNTY SCHOOL DISTRICT AND KEMALA WASHINGTON TO RESPOND TO COMPLAINT (FIRST REQUEST), through the CM/ECF system of the United States District Court for the District of Nevada (or if necessary, by electronic mail delivery and by U.S. Mail, first class, postage pre-paid), upon the following:

Dennis M. Prince, Esq.
Colin P. Cavanaugh, Esq.
PRINCE LAW GROUP
10801 W. Charleston Blvd.
Suite 560
Las Vegas, NV. 89148
*Attorneys for Plaintiffs*

John S. Delikanakis, Esq.
Gil Kahn, Esq.
Markie Betor, Esq.
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
*Attorneys for Defendant Clark County Education Association*

Andrew M. Leavitt, Esq.
LAW OFFICES OF
ANDREW M. LEAVITT, ESQ.
633 South 7th Street
Las Vegas, NV 89101
*Attorney for Defendant Lancaster*

_____
An Employee of OLSON CANNON & GORMLEY

3

## Nan Langenderfer

| | |
|---|---|
| **From:** | Colin Cavanaugh <ccavanaugh@thedplg.com> |
| **Sent:** | Friday, February 16, 2024 3:40 PM |
| **To:** | Stephanie Barker |
| **Cc:** | Nan Langenderfer; Dennis Prince; Lisa Lee; Amy Ebinger; Amy Larsen |
| **Subject:** | RE: DOE v. CCSD, CCEA, Washington & Lancaster |

Hi Stephanie,

We are agreeable to the same 10-day extension granted to the other defendants. With that change, it should be good to go. Thanks,



Colin Cavanaugh | Attorney
**PRINCE LAW GROUP**
10801 West Charleston Boulevard, Suite 560
Las Vegas, Nevada 89135
P: 702.534.7600 | F: 702.534.7601
ccavanaugh@thedplg.com | www.thedplg.com

**From:** Stephanie Barker <sbarker@ocgas.com>
**Sent:** Friday, February 16, 2024 3:05 PM
**To:** Colin Cavanaugh <ccavanaugh@thedplg.com>
**Cc:** Nan Langenderfer <nlangenderfer@ocgas.com>
**Subject:** DOE v. CCSD, CCEA, Washington & Lancaster

Good Afternoon Colin:

In follow up to our phone conversation this morning, attached is a proposed Joint Motion to Extend the time for Defendants CCSD and Washington to respond to the Complaint.

Please advise as to whether you would like changes or, in the alternative, if we have authorization to submit the Joint Motion with your electronic signature.

Thank you for your professional courtesy in this matter.

**Stephanie A. Barker, Esq.**
**Olson Cannon & Gormley**
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Phone: 702-384-4012
Direct: 702-383-1624
sbarker@ocgas.com

**Privileged and Confidential**
This email, including attachments, is intended for the person(s) or company named and may contain confidential and/or legally privileged information. Unauthorized disclosure, copying or use of this information may be unlawful and is prohibited. This email and any attachments are believed to be free of any virus or other defect that might affect any computer into which it is received and opened, and it is the

1