John S. Delikanakis (NV Bar No. 5928)
Gil Kahn (NV Bar No. 14220)
Markie Betor (NV Bar No. 15505)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: jdelikanakis@swlaw.com
       gkahn@swlaw.com
       mbetor@swlaw.com

*Attorneys for Defendant Clark County Education Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN and JOANN DOE, parents and natural guardians of JANE DOE, a minor,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT; CLARK COUNTY EDUCATION ASSOCIATION; DARRYL L. LANCASTER; KEMALA WASHINGTON,<br><br>Defendants. | Case No. 2:24-cv-00284-GMN-BNW<br><br>**JOINT MOTION TO EXTEND DEADLINE FOR CLARK COUNTY EDUCATION ASSOCIATION TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiffs John and Jane Doe, as parents and natural guardians of Jane Doe ("Plaintiffs") and Clark County Education Association ("CCEA"), (collectively, the "Moving Parties"), by and through undersigned counsel, for good cause shown, hereby move the Court for an extension for CCEA to respond to Plaintiffs' complaint [ECF No. 1] of 10 days, or up to and including February 26, 2024:

1. CCEA removed the action to this Court on January 9, 2024, making January 16, 2024 CCEA's deadline to answer or otherwise respond to the complaint. Fed. R. Civ. P. 81(c)(2)(C).

2. CCEA requires additional time to respond to the complaint.

3. The Moving Defendants therefore agree to extend CCEA's time to answer or

otherwise respond to the complaint by 10 days: up to and including February 26, 2024.

4. This request is not made for purposes of delay and is supported by good cause.

Dated: February 15, 2024.

SNELL & WILMER L.L.P.

By: /s/ John S. Deliakanakis
John S. Delikanakis, Esq. (#5928)
Gil Kahn, Esq. (#14220)
Markie Betor, Esq. (#15505)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200

*Attorneys for Defendant Clark County Education Association*

Dated: February 15, 2024.

PRINCE LAW GROUP

By: /s/ Dennis M. Prince
Dennis M. Prince, Esq. (#5092)
Colin P. Cavanaugh, Esq. (#13842)
10801 W. Charleston Blvd., Suite 560
Las Vegas, NV 89148
Telephone: (702) 534-7600

*Attorneys for Plaintiffs*

## ORDER

Good causing appearing, the foregoing joint motion is hereby **GRANTED**. CCEA's deadline to answer or otherwise respond to the complaint (ECF No. 1) is extended up to and including February 26, 2024.

IT IS SO ORDERED.

DATED: __2/21/2024__

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on February 15 2024, I electronically filed the foregoing **JOINT MOTION TO EXTEND DEADLINE FOR CLARK COUNTY EDUCATION ASSOCIATION TO RESPOND TO COMPLAINT** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED February 15, 2024.

                 */s/ Debbie Shuta*
                 An Employee of Snell & Wilmer L.L.P.

4881-9685-6997