John S. Delikanakis (NV Bar No. 5928)
Gil Kahn (NV Bar No. 14220)
Markie Betor (NV Bar No. 15505)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: jdelikanakis@swlaw.com
            gkahn@swlaw.com
            mbetor@swlaw.com

Priscilla L. O' Briant (NV Bar No. 10171)
Russell D. Christian (NV Bar No. 11785)
TYSON & MENDES LLP
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile:  (702) 410-7684
Email: pobriant@tysonmendes.com
            rchristian@tysonmendes.com

*Attorneys for Defendant Clark County Education Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN and JOANN DOE, parents and natural guardians of JANE DOE, a minor, | Case No. 2:24-cv-00284-GMN-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO STAY CASE** |
| v. | **(FIRST REQUEST)** |
| CLARK COUNTY SCHOOL DISTRICT; CLARK COUNTY EDUCATION ASSOCIATION; DARRYL L. LANCASTER; KEMALA WASHINGTON, | |
| Defendants. | |

Plaintiffs John and Joann Doe, as parent and natural guardians of Jane Doe, and Defendants Clark County School District ("CCSD"), Clark County Education Association ("CCEA"), Darryl L. Lancaster ("Lancaster"), and Kemala Washington ("Washington") (collectively, "the Parties"), by and through undersigned counsel, for good cause shown, hereby stipulate to stay the case and all related deadlines for 90 days with the following background and for the following reasons:

1. On February 9, 2024, the defendants filed a Joint Notice of Removal, removing this action from the Eighth Judicial District Court to this Court.  ECF No. 1.

2. Following removal, each of the defendants timely filed an answer.  ECF Nos. 10, 13, 14.

3. The Parties held their FRCP 26(f) conference on March 25, 2024, making the Discovery Plan and proposed Scheduling Order due April 8, 2024.

4. The Parties worked cooperatively on completing the Discovery Plan and were making final edits to its language on the morning of April 8, 2024.

5. Tragically, Dennis M. Prince, lead counsel for plaintiffs, was murdered on April 8, 2024.

6. That same day, Defendants CCSD and Washington filed an Emergency Request for Extension to File Discovery Plan, ECF No. 19, which CCEA joined, ECF No. 20.

7. The Court granted the emergency motion and extended the time to file the Discovery Plan and proposed Scheduling Order until May 9, 2024.  ECF No. 21.

8. Counsel for all Parties have since conferred and agreed that it would be prudent to stay this matter and all deadlines for an additional 90 days to allow Mr. Prince's colleagues time to grieve and assess the staffing for this matter moving forward.

9. The Parties submit that good cause exists for this request given the immeasurable tragedy and that no prejudice will ensue from this relatively brief stay.

///

///

///

| | |
|---|---|
| Dated: April 26, 2024. | Dated: April 26, 2024. |
| SNELL & WILMER L.L.P. | PRINCE LAW GROUP |
| By: /s/ John S. Delikanakis, Esq.<br>John S. Delikanakis, Esq. (#5928)<br>Gil Kahn, Esq. (#14220)<br>Markie Betor, Esq. (#15505)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br><br>Priscilla L. O' Briant (#10171)<br>Russell D. Christian (#11785)<br>TYSON & MENDES LLP<br>2835 St. Rose Pkwy., Suite 140<br>Henderson, NV 89052<br><br>*Attorneys for Defendant Clark County Education Association* | By: /s/ Colin P. Cavanaugh, Esq.<br>Colin P. Cavanaugh, Esq. (#13842)<br>10801 W. Charleston Blvd., Suite 560<br>Las Vegas, NV 89148<br>Telephone: (702) 534-7600<br><br>*Attorneys for Plaintiffs* |
| Dated: April 26, 2024. | Dated: April 26, 2024. |
| LAW OFFICES OF OLSON CANNON & GORMLEY | LAW OFFICES OF ANDREW W. LEAVITT, ESQ. |
| By: /s/ Stephanie M. Zinna, Esq.<br>Thomas D. Dillard, Jr., Esq. (#6270)<br>Stephanie M. Zinna, Esq. (#11488)<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129<br>Telephone: (702) 384-4012<br><br>*Attorneys for Defendants Clark County School District and Kemala Washington* | By: /s/ Andrew M. Leavitt, Esq.<br>Andrew M. Leavitt, Esq. (#3989)<br>633 South 7th Street<br>Las Vegas, NV 89101<br>Telephone: (702) 382-2800<br><br>*Attorney for Defendant Darryl L. Lancaster* |

## **ORDER**

Good cause appearing, the Parties' stipulation is GRANTED, and this matter and all applicable deadlines are stayed for an additional 90 days, until August 7, 2024. The Parties' Discovery Plan and proposed Scheduling Order will be due August 7, 2024.

**IT IS SO ORDERED**.

DATED: April 29, 2024

_____
UNITED STATES MAGISTRATE JUDGE