RILEY A. CLAYTON, ESQ.
Nevada Bar No. 5260
DILLON G. COIL, ESQ.
Nevada Bar No. 11541
**CLOWARD TRIAL LAWYERS**
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
Phone: (702) 605-5000
Fax:  (702) 997-5000
E-mail: riley@thefiercefirm.com
E-mail: dillon@thefiercefirm.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN and JOANN DOE, parents and natural guardians of JANE DOE, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT; CLARK COUNTY EDUCATION ASSOCIATION; DARRYL L. LANCASTER; KEMALA WASHINGTON,<br><br>Defendants. | CASE NO 2:24-cv-00284-GMN-BNW<br><br>**NOTICE OF CORRECTED STIPULATION TO EXTEND BRIEFING SCHEDULE WITH RESPECT TO DEFENDANT CLARK COUNTY EDUCATION ASSOCIATION'S MOTION FOR JUDGMENT ON THE PLEADINGS [ECF No. 38]**<br><br>**(First Request)** |

Pursuant to Rule IA 6-1 of the Local Rules of Practice for the United States District Court, District of Nevada, Plaintiffs, John and Joann Doe, parents and guardians of Jane Doe ("Plaintiffs") and Defendants Clark County School District ("CCSD"); Clark County Education Association ("CCEA"); Darryl L. Lancaster ("Mr. Lancaster") and Kemala Washington ("Ms. Washington"), by and through their attorneys of record, hereby submit this Notice of Corrected Stipulation to Extend the Briefing Schedule with respect to CCEA's Motion for Judgment on the Pleadings [ECF No. 38], which was filed on January 17, 2025.  The Corrected Stipulation is



1  attached hereto as <u>Exhibit 1</u>.

2  DATED THIS <u>24th</u> day of <u>January</u>, 2025.

**CLOWARD TRIAL LAWYERS**
/s/ *Riley A. Clayton*
RILEY A. CLAYTON, ESQ.
Nevada Bar No. 5260
DILLON G. COIL, ESQ.
Nevada Bar No. 11541
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

Pursuant to NEFCR 9, NRCP 5(b), LR IC 4-1, and/or FRCP 5(b), I hereby certify that on this 24th day of January, 2025, I caused to be served a true copy of the foregoing **NOTICE OF CORRECTED STIPULATION TO EXTEND BRIEFING SCHEDULE WITH RESPECT TO DEFENDANT CLARK COUNTY EDUCATION ASSOCIATION'S MOTION FOR JUDGMENT ON THE PLEADINGS [ECF No. 38] (First Request)** as follows:

☐ U.S. Mail—By depositing a true copy thereof in the U.S. mail, first class postage prepaid and addressed as listed below; and/or

☐ Hand Delivery—By hand-delivery to the addresses listed below; and/or

☐ Facsimile—By facsimile transmission; and/or

☒ Electronic Service — By electronic means upon all eligible electronic recipients via the PACER e-filing system and/or via email.

Thomas D. Dillard, Jr., Esq., NV Bar #6270
Stephanie M. Zinna, Esq., NV Bar #11488
Stephanie A. Barker, Esq., NV Bar #3176
**OLSON CANNON GORMLEY**
9950 W. Cheyenne Ave.
Las Vegas, NV 89129
Phone: 702.384.4012
Fax: 702.383.0701
E-mail: TDillard@ocgas.com
E-mail: SZinna@ocgas.com
E-mail: SBarker@ocgas.com
*Attorneys for Defendants,*
*Clark County School District and*
*Kemala Washington*

**ANDREW M. LEAVITT, Esq.**, NV Bar #3989
633 S. 7th St.
Las Vegas, NV 89101
Phone: 702.382.2800
Fax: 702.382.7438
E-mail: AndrewLeavitt@ymail.com
*Attorney for Defendant,*
*Darryl L. Lancaster*

John S. Delikanakis, Esq., NV Bar #5928
Gil Kahn, Esq., NV Bar #14220
Markie Betor, Esq., NV Bar #15505
**SNELL & WILMER LLP**
1700 S. Pavilion Center Dr., Ste. 700
Las Vegas, NV 89135
Phone: 702.784.5200
Fax: 702.784.5252
E-mail: JDelikanakis@swlaw.com
E-mail: GKahn@swlaw.com
E-mail: MBetor@swlaw.com

-and-

Priscilla L. O'Briant Esq., NV Bar #10171
Russell D. Christian Esq., NV Bar #11785
**TYSON & MENDES LLP**
2835 St. Rose Pkwy., Ste. 140
Henderson, NV 89052
Phone: 702.724.2648
Fax: 702.410.7684
E-mail: POBriant@TysonMendes.com
E-mail: RChristian@TysonMendes.com
*Attorneys for Defendant,*
*Clark County Education Association*

/s/ *Cat Barnhill*
An employee of Cloward Trial Lawyers

# EXHIBIT "1"

RILEY A. CLAYTON, ESQ.
Nevada Bar No. 5260
DILLON G. COIL, ESQ.
Nevada Bar No. 11541
**CLOWARD TRIAL LAWYERS**
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
Phone: (702) 605-5000
Fax:  (702) 997-5000
E-mail: riley@thefiercefirm.com
E-mail: dillon@thefiercefirm.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN and JOANN DOE, parents and natural guardians of JANE DOE, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT; CLARK COUNTY EDUCATION ASSOCIATION; DARRYL L. LANCASTER; KEMALA WASHINGTON,<br><br>Defendants. | CASE NO 2:24-cv-00284-GMN-BNW<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE WITH RESPECT TO DEFENDANT CLARK COUNTY EDUCATION ASSOCIATION'S MOTION FOR JUDGMENT ON THE PLEADINGS [ECF No. 38]**<br>**(First Request)** |

Pursuant to Rule IA 6-1 of the Local Rules of Practice for the United States District Court, District of Nevada, Plaintiffs, John and Joann Doe, parents and guardians of Jane Doe ("Plaintiffs") and Defendants Clark County School District ("CCSD"); Clark County Education Association ("CCEA"); Darryl L. Lancaster ("Mr. Lancaster") and Kemala Washington ("Ms. Washington"), by and through their attorneys of record, stipulate and agree to extend the briefing schedule with respect to CCEA's Motion for Judgment on the Pleadings [ECF No. 38], which was filed on January 17, 2025, as follows:

1

1.     CCEA filed its Motion for Judgment on the Pleadings [ECF No. 38] on Friday, January 17, 2025.

2.     The Motion for Judgment on the Pleadings seeks dismissal of each of Plaintiffs' claims asserted against CCEA, i.e., Title IX; Civil Rights under Sec. 1983; Violations of NRS Sec. 41.139655; Intentional Infliction of Emotional Distress; Negligence; Negligent Infliction of Emotional Distress; and Negligent Hiring, Training, and Supervision.

3.     The current deadline to respond to the Motion for Judgment on the Pleadings ("MJOP") is January 31, 2025.

4.     When the MJOP was filed, Plaintiffs' counsel was out of state conducting other depositions in another case on January 21 and 22, 2025. Upon returning to Nevada, Plaintiffs' counsel previously-scheduled day-long depositions in another case for January 23 and 24, 2025. These previously scheduled depositions have effectively precluded Plaintiffs' counsel from commencing the preparation of Plaintiffs' intended response to the MJOP for the first week of the two-week response period.

5.     Given the nature and complexity of the issues raised in the MJOP, coupled with Plaintiffs' counsel's prior commitments in other cases that have precluded Plaintiffs from being able to commence preparation of the intended Response, the parties agree that it is in the best interests of all to extend the briefing schedule with respect to the MJOP.

6.     The parties have agreed to provide Plaintiffs with an extension until February 21, 2025, to provide their Response.

7.     The parties have also agreed to allow CCEA to file its Reply brief on before March 7, 2025.

8.     This is the parties' first request for an extension of the briefing with respect to the Motion for Judgment on the Pleadings [ECF No. 38]. The parties also affirm that this

///

extension is not made with an improper purpose but is made in good faith in light of the present circumstances and the issues presented in the MJOP.

Dated this 23rd of January, 2025.                   Dated this 23rd of January, 2025

**Cloward Trial Lawyers**                            **Snell & Wilmer**

/s/ Riley A. Clayton                                 /s/ John Delikanakis
RILEY A. CLAYTON, ESQ.                               JOHN DELIKANAKIS, ESQ.
Nevada Bar No. 5260                                  Nevada Bar No. 5298
9950 W. Cheyenne Ave.                                GIL KAHN, ESQ.
Las Vegas, Nevada 89129                              Nevada Bar No. 14220
*Attorneys for Plaintiffs*                           1700 S. Pavilion Center Dr., Suite 700
                                                     Las Vegas, Nevada 89135
                                                     *Attorneys for Defendant, CCEA*

Dated this 23rd of January, 2025
                                                     ---and---
**Law Offices of Andrew M. Leavitt**                 **Tyson & Mendes LLP**
                                                     *Co-counsel for Defendant, CCEA*

/s/ Andrew M. Leavitt                                Dated this 23rd of January, 2025
633 S. 7th Street
Las Vegas, Nevada 89101                              **Olson Cannon Gormley**
*Attorney for Defendant, Mr. Lancaster*
                                                     /s/ Stephanie M. Zinna
                                                     THOMAS D. DILLARD, JR. ESQ
                                                     Nevada Bar No. 6270
                                                     STEPHANIE M. ZINNA, ESQ.
                                                     Nevada Bar No. 11488
                                                     9950 W. Cheyenne Ave.
                                                     Las Vegas, Nevada 89129
                                                     *Attorneys for Defendants CCSD, Washington*


**O R D E R**

**IT IS SO ORDERED.**

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

Dated: January  24 , 2025.

3