RILEY A. CLAYTON, ESQ.
Nevada Bar No. 5260
DILLON G. COIL, ESQ.
Nevada Bar No. 11541
**CLOWARD TRIAL LAWYERS**
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
Phone: (702) 605-5000
Fax:  (702) 997-5000
E-mail: riley@thefiercefirm.com
E-mail: dillon@thefiercefirm.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN and JOANN DOE, parents and natural guardians of JANE DOE, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT; CLARK COUNTY EDUCATION ASSOCIATION; DARRYL L. LANCASTER; KEMALA WASHINGTON,<br><br>Defendants. | CASE NO 2:24-cv-00284-GMN-BNW<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE WITH RESPECT TO DEFENDANT CLARK COUNTY EDUCATION ASSOCIATION'S MOTION FOR JUDGMENT ON THE PLEADINGS [ECF No. 38]**<br>**(Second Request)** |

Pursuant to Rule IA 6-1 of the Local Rules of Practice for the United States District Court, District of Nevada, Plaintiffs, John and Joann Doe, parents and guardians of Jane Doe ("Plaintiffs") and Defendants Clark County School District ("CCSD"); Clark County Education Association ("CCEA"); Darryl L. Lancaster ("Mr. Lancaster") and Kemala Washington ("Ms. Washington"), by and through their attorneys of record, stipulate and agree to extend the briefing schedule with respect to CCEA's Motion for Judgment on the Pleadings [ECF No. 38], which was filed on January 17, 2025, as follows:

1

1.  CCEA filed its Motion for Judgment on the Pleadings [ECF No. 38] on Friday, January 17, 2025.

2.  The Motion for Judgment on the Pleadings seeks dismissal of each of Plaintiffs' claims asserted against CCEA, i.e., Title IX; Civil Rights under Sec. 1983; Violations of NRS Sec. 41.139655; Intentional Infliction of Emotional Distress; Negligence; Negligent Infliction of Emotional Distress; and Negligent Hiring, Training, and Supervision.

3.  The current deadline to respond to the Motion for Judgment on the Pleadings ("MJOP") is February 21, 2025, pursuant to the parties' prior (corrected) stipulation to extend the briefing schedule [ECF No. 42].

4.  When the MJOP was filed, Plaintiffs' counsel was out of state conducting other depositions in another case on January 21 and 22, 2025 (when the prior deadline was January 31, 2025). Upon returning to Nevada, Plaintiffs' counsel previously-scheduled day-long depositions in another case for January 23 and 24, 2025. These previously scheduled depositions have effectively precluded Plaintiffs' counsel from commencing the preparation of Plaintiffs' intended response to the MJOP for the first week of the initial, two-week response period.

5.  Additionally, Plaintiffs' counsel is currently studying for the Utah State Bar exam, which will occur on February 25-26, 2025. When Plaintiff's counsel sought this extension request from CCEA's counsel, Plaintiffs' counsel affirmatively and correctly represented that significant steps had been taken with respect to the preparation of the pending/intended Opposition to the MJOP. However, with limited time remaining to prepare for the Utah Bar exam, coupled with adding, finalizing, editing, and otherwise completing the proposed Opposition, Plaintiff's counsel requested and received an additional accommodation from CCEA's counsel in light of these unique circumstances.

6.  Given the nature and complexity of the issues raised in the MJOP, coupled with Plaintiffs' counsel's prior commitments in other cases that have precluded Plaintiffs from being able to commence preparation of the intended Response, the parties agree that it is in the best interests of all to extend the briefing schedule with respect to the MJOP.

7. The parties have agreed to provide Plaintiffs with an extension until March 7, 2025, to provide their Response.

8. The parties have also agreed to allow CCEA to file its Reply brief on before March 28, 2025.

9. This is the parties' second request for an extension of the briefing with respect to the Motion for Judgment on the Pleadings [ECF No. 38]. The parties also affirm that this extension is not made with an improper purpose but is made in good faith in light of the present circumstances and the issues presented in the MJOP.

Dated this 16th of February, 2025.                    Dated this 16th of February, 2025

**Cloward Trial Lawyers**                              **Snell & Wilmer**

/s/ Riley A. Clayton                                   /s/ Gil Kahn
RILEY A. CLAYTON, ESQ.                                 JOHN DELIKANAKIS, ESQ.
Nevada Bar No. 5260                                    Nevada Bar No. 5298
9950 W. Cheyenne Ave.                                  GIL KAHN, ESQ.
Las Vegas, Nevada 89129                                Nevada Bar No. 14220
*Attorneys for Plaintiffs*                             1700 S. Pavilion Center Dr., Suite 700
                                                       Las Vegas, Nevada 89135
                                                       *Attorneys for Defendant, CCEA*

Dated this 19th of February, 2025
                                                       ---and---
**Law Offices of Andrew M. Leavitt**                   **Tyson & Mendes LLP**
                                                       *Co-counsel for Defendant, CCEA*

/s/ Andrew M. Leavitt                                  Dated this 19th of February, 2025
633 S. 7th Street
Las Vegas, Nevada 89101                                **Olson Cannon Gormley**
*Attorney for Defendant, Mr. Lancaster*

                                                       /s/ Stephanie M. Zinna
                                                       THOMAS D. DILLARD, JR. ESQ
                                                       Nevada Bar No. 6270
                                                       STEPHANIE M. ZINNA, ESQ.
                                                       Nevada Bar No. 11488
                                                       9950 W. Cheyenne Ave.
                                                       Las Vegas, Nevada 89129
                                                       *Attorneys for Defendants CCSD, Washington*

3

**O R D E R**

**IT IS SO ORDERED.**

_____
Gloria M. Navarro
UNITED STATES DISTRICT JUDGE

Dated:  February  19 , 2025.