RILEY A. CLAYTON, ESQ.
Nevada Bar No. 5260
DILLON G. COIL, ESQ.
Nevada Bar No. 11541
ANGELA M. LEE, ESQ.
Nevada Bar No. 14905
**CLOWARD TRIAL LAWYERS**
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
Phone: (702) 605-5000
Fax:  (702) 997-5000
E-mail: riley@thefiercefirm.com
E-mail: dillon@thefiercefirm.com
E-mail: angela@thefiercefirm.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN and JOANN DOE, parents and natural guardians of JANE DOE, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT; CLARK COUNTY EDUCATION ASSOCIATION; DARRYL L. LANCASTER; KEMALA WASHINGTON,<br><br>Defendants. | CASE NO 2:24-cv-00284-GMN-BNW<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE WITH RESPECT TO DEFENDANT CLARK COUNTY EDUCATION ASSOCIATION'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT [ECF No. 56]**<br><br>**(First Request)** |

Pursuant to Rule IA 6-1 of the Local Rules of Practice for the United States District Court, District of Nevada, Plaintiffs, John and Joann Doe, parents and guardians of Jane Doe ("**Plaintiffs**") and Defendants Clark County School District ("**CCSD**"); Clark County Education Association ("**CCEA**"); Darryl L. Lancaster ("**Mr. Lancaster**") and Kemala Washington ("**Ms. Washington**"), by and through their attorneys of record, stipulate and agree to extend the briefing schedule with respect to CCEA's Motion to Dismiss the First Amended

1

Complaint [ECF No. 56] ("**MTD**"), which was filed on April 8, 2025, as follows:

    1.    CCEA filed its MTD on Tuesday, April 8, 2025.

    2.    CCEA's MTD seeks dismissal of each of Plaintiffs' claims asserted against CCEA--i.e., (1) Title IX; (2) Civil Rights under Sec. 1983; (3) Violations of NRS Sec. 41.139655; (4) Intentional Infliction of Emotional Distress; (5) Negligence; (6) Negligent Infliction of Emotional Distress; and (7) Negligent Hiring, Training, and Supervision. *See* MTD [ECF No. 56] at i:7-26.

    3.    The current deadline to respond to the MTD is April 22, 2025.

    4.    When the MTD was filed, Plaintiffs' counsel have mediation in another case on April 15, 2025, and multiple depositions in this and other cases on April 17-18 and 22, 2025. Additionally, the undersigned has been sick and out of the office since April 14, 2025.  All of this together has effectively precluded Plaintiffs' counsel from commencing the preparation of Plaintiffs' intended response to the MTD for most of the two-week response period.

    5.    On April 14, 2025, Plaintiff's counsel requested and received an accommodation from CCEA's counsel, John Delikanakis, in light of these circumstances.

    6.    Given the nature and complexity of the issues raised in the MTD, coupled with Plaintiffs' counsel's prior commitments in other cases that have precluded Plaintiffs from being able to commence preparation of the intended Response, the parties agree that it is in the best interests of all to extend the briefing schedule with respect to the MTD.

    7.    The parties have agreed to provide Plaintiffs with a two-week extension until May 6, 2025, to provide their Response.

    8.    The parties have also agreed to allow CCEA to file its Reply brief on before May 27, 2025.

/ / /

/ / /

/ / /



2

9.      This is the parties' first request for an extension of the briefing with respect to the MTD.  The parties also affirm that this extension is not made with an improper purpose but is made in good faith in light of the present circumstances and the issues presented in the MTD.

DATED THIS <u>15th</u> of <u>April</u>, 2025.
**Cloward Trial Lawyers**
*/s/ Angela M. Lee*
RILEY A. CLAYTON, ESQ.
Nevada Bar No. 5260
ANGELA M. LEE, ESQ.
Nevada Bar No. 14905
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
*Attorneys for Plaintiffs*

DATED THIS <u>16th</u> of <u>April</u>, 2025
**Snell & Wilmer LLP**
*/s/ John Delikanakis*
JOHN DELIKANAKIS, ESQ.
Nevada Bar No. 5298
GIL KAHN, ESQ.
Nevada Bar No. 14220
1700 S. Pavilion Center Dr., Ste. 700
Las Vegas, Nevada 89135
*Attorneys for Defendant, CCEA*

---and---

**Tyson & Mendes LLP**
*Co-counsel for Defendant, CCEA*

DATED THIS <u>16th</u> of <u>April</u>, 2025
**Law Offices of Andrew M. Leavitt**
*/s/ Andrew M. Leavitt*
ANDREW M. LEAVITT, ESQ.
Nevada Bar No. 3989
633 S. 7th St.
Las Vegas, Nevada 89101
*Attorney for Defendant, Mr. Lancaster*

DATED THIS <u>16th</u> of <u>April</u>, 2025
**Olson Cannon Gormley**
*/s/ Thomas D. Dillard, Jr.*
THOMAS D. DILLARD, JR. ESQ
Nevada Bar No. 6270
STEPHANIE M. ZINNA, ESQ.
Nevada Bar No. 11488
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
*Attorneys for Defendants CCSD, Washington*

**O R D E R**

**IT IS SO ORDERED.**

_____
Gloria M. Navarro
UNITED STATES DISTRICT JUDGE

Dated: April __16__, 2025.