John S. Delikanakis (NV Bar No. 5928)
Gil Kahn (NV Bar No. 14220)
Markie Betor (NV Bar No. 15505)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: jdelikanakis@swlaw.com
         gkahn@swlaw.com
         mbetor@swlaw.com

Priscilla L. O' Briant (NV Bar No. 10171)
Russell D. Christian (NV Bar No. 11785)
TYSON & MENDES LLP
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile:  (702) 410-7684
Email: pobriant@tysonmendes.com
         rchristian@tysonmendes.com

*Attorneys for Defendant Clark County Education Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN and JOANN DOE, parents and natural guardians of JANE DOE, a minor,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT; CLARK COUNTY EDUCATION ASSOCIATION; DARRYL L. LANCASTER; KEMALA WASHINGTON,<br><br>Defendants. | Case No. 2:24-cv-00284-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(SECOND REQUEST)** |

Pursuant to LR 6-1 and LR 26-4, Plaintiffs, by and through their counsel of record, Defendants Clark County School District and Kemala Washington ("CCSD Defendants"), by and through their undersigned counsel of record, Defendant Clark County Education Association ("CCEA"), by and through its undersigned counsel of record, and Defendant Darryl Lancaster ("Lancaster"), by and through his undersigned counsel of record, hereby stipulate and request that

this Court extend discovery deadlines in the above-captioned case by 90 days as outlined herein. This is the Parties' Second Request to extend the time to complete discovery.

In support of this Stipulation and Request, the Parties state as follows:

**I.      Procedural Posture of the Case:**

1. On January 3, 2024, Plaintiffs filed their Complaint with Jury Demand in the Eighth Judicial District Court.

2. On February 9, 2024, Defendant CCEA filed a Joint Notice of Removal to the United States District Court [ECF No. 1].

3. On February 9, 2024, Defendant CCEA filed its Certificate of Interested Parties [ECF No. 2].

4. On February 9, 2024, the Court issued its Minutes of the Court [ECF No. 3].

5. On February 12, 2024, the Court issued its Standing Order [ECF No. 4].

6. On February 13, 2024, Defendant Lancaster filed his Certificate of Interested Parties [ECF No. 5].

7. On February 14, 2024, CCSD Defendants filed their Certificate of Interested Parties [ECF No. 6].

8. On February 14, 2024, Defendant CCEA filed a Joint Statement Regarding Removal [ECF No. 7].

9. On February 15, 2024, Defendant CCEA filed a Joint Motion to Extend Deadline for CCEA to Respond to Complaint [ECF No. 8].

10. On February 16, 2024, CCSD Defendants filed a Joint Motion to Extend Deadline for CCSD Defendants to Respond to Complaint [ECF No. 9].

11. On February 21, 2024, Defendant Lancaster filed his Answer to Complaint [ECF No. 10].

12. On February 20, 2024, the Court issued its Order Granting CCSD Defendants' Motion to Extend Deadline to Respond to Complaint [ECF No. 11].

13. On February 21, 2024, the Court issued its Order Granting Defendant CCEA's Motion to Extend Deadline to Respond to Complaint [ECF No. 12].

14. On February 22, 2024, Defendant CCEA filed its Answer and Affirmative Defenses to Plaintiffs' Complaint [ECF No. 13].

15. On February 23, 2024, CCSD Defendants filed their Answer to Plaintiffs' Complaint [ECF No. 14].

16. On March 4, 2024, the Court issued a Notice that Plaintiffs had not filed a Certificate of Interested Parties [ECF No. 15].

17. On March 6, 2024, Plaintiffs filed their Certificate of Interested Parties [ECF No. 16].

18. On March 6, 2024, the Court issued a Notice that ECF No. 16 was not filed pursuant to LR IC 5-1(b) [ECF No. 17].

19. On March 8, 2024, Defendant CCEA filed the Joint Status Report [ECF No. 18].

20. On April 8, 2024, the CCSD Defendants filed their Emergency Request for Extension to File Discovery Plan due to the shooting death of Dennis Prince, Esq., counsel for Plaintiffs [ECF No. 19].

21. On April 8, 2024, Defendant CCEA filed its Joinder to the CCSD Defendants' Request for Extension to File Discovery Plan [ECF No. 20].

22. On April 9, 2024, the Court having Granted the Motions to Extend Time to File the Discovery Plan [ECF No. 21].

23. On April 16, 2024, Defendant CCEA filed a Notice of Association of Counsel [ECF No. 22].

24. On April 29, 2024, Defendant CCEA filed a Stipulation to Stay the Case to allow Dennis Prince's colleagues time to grieve and assess the staffing for this matter moving forward [ECF No. 23].

25. On April 29, 2024, the Court granted the Stipulation to Stay the Case [ECF No. 24].

26. On May 23, 2024, Plaintiff filed a Notice of Attorney Lien [ECF No. 25].

27. On May 29, 2024, the office of Dennis Prince, Esq. filed a Motion to Temporarily Lift the Stay to Withdraw as counsel of Record for Plaintiff [ECF No. 26].

28. On May 30, 2024, the Court issued a Minute Order allowing the office of Dennis Prince, Esq. to Withdraw as Counsel of Record for Plaintiff and Scheduling a Status Conference [ECF No. 27].

29. On July 11, 2024, Cloward Trial Lawyers filed a Notice of Appearance for Plaintiffs [ECF No. 28].

30. On July 16, 2024, the Court vacated the Status Conference because the Plaintiffs had retained new counsel [ECF No. 29].

31. On August 5, 2024, Plaintiffs filed a Stipulated Discovery Plan [ECF No. 30].

32. On August 6, 2024, the Court issued the Order Granting the Stipulated Discovery Plan [ECF No. 31].

33. On August 6, 2024, the Court issued a Notice providing the Parties with a link to the "AO 85 Notice of Availability" [ECF No. 32].

34. On August 13, 2024, Defendant CCEA filed a Notice of Change of Firm Address [ECF No. 33].

35. On October 28, 2024, the CCSD Defendants filed a Proposed Stipulated Confidentiality Agreement and Protective Order [ECF No. 34].

36. On October 29, 2024, the Court issued the Order Granting the Stipulated Protective and Confidentiality Order [ECF No. 35].

37. On December 13, 2024, the Parties filed a Stipulation and Order to Extend Discovery Deadlines (First Request) [ECF No. 36].

38. On December 17, 2024, the Court entered an Order Granting First Stipulation and Order to Extend Discovery Deadlines [ECF No. 37].

39. On January 17, 2025, CCEA filed a Motion for Judgment on the Pleadings [ECF No. 38].

40. On January 23, 2025, the Parties filed the Stipulation to Extend Briefing Schedule

for responding to CCEA's Motion for Judgment on the Pleadings [ECF No. 39].

41. On January 24, 2025, the Parties filed Notice of Corrected Stipulation to Extend Briefing Schedule for responding to CCEA's Motion for Judgment on the Pleadings [ECF No. 40].

42. On January 24, 2025, the Parties filed a revised Stipulation to Extend Briefing Schedule for responding to CCEA's Motion for Judgment on the Pleadings [ECF No. 41].

43. On January 24, 2025, the Parties filed a Notice of Corrected Stipulation to Extend Briefing Schedule for responding to CCEA's Motion for Judgment on the Pleadings [ECF No. 42].

44. On February 19, 2025, the Parties filed a revised Stipulation to Extend Briefing Schedule for responding to CCEA's Motion for Judgment on the Pleadings [ECF No. 43].

45. On February 19, 2025, the Parties filed another Stipulation to Extend Briefing Schedule for responded to CCEA's Motion for Judgment on the Pleadings [ECF No. 44].

46. On March 7, 2025, Plaintiffs filed a Motion for Leave to Amend Complaint [ECF No. 45].

47. On March 7, 2025, Plaintiffs filed an Opposition to CCEA's Motion for Judgment on the Pleadings [ECF No. 46].

48. On March 7, 2025, Plaintiffs filed a Motion to File Under Seal Exhibit 5 to Plaintiffs' Opposition to CCEA's Motion for Judgment on the Pleadings [ECF No. 47].

49. On March 20, 2025, CCSD Defendants and CCEA filed a Joint Notice of Non-Opposition to Plaintiffs' Motion for Leave to Amend Complaint [ECF No. 48].

50. On March 20, 2025, Natasha Sharma, Esq. of Olson Cannon & Gormley filed a Notice of Appearance on behalf of CCSD Defendants [ECF No. 49].

51. On March 21, 2025, the Court issued a Minute Order granting Plaintiffs' Motion for Leave to Amend Complaint [ECF No. 50].

52. On March 21, 2025, Plaintiffs filed a Reply to Defendants' Joint Notice of Non-Opposition to Plaintiffs' Motion for Leave to Amend Complaint [ECF No. 51].

53. On March 24, 2025, the Court issued a Minute Order, denying CCEA's Motion for Judgment on the Pleadings as moot and granting Plaintiffs' Motion to Seal [ECF No. 52].

54. On March 21, 2025, Plaintiffs filed the First Amended Complaint [ECF No. 53].

55. On March 28, 2025, Plaintiffs file the First Amended Complaint again [ECF No. 54].

56. On April 7, 2025, Lancaster filed his Answer to the First Amended Complaint [ECF No. 55].

57. On April 8, 2025, CCEA filed a Motion to Dismiss First Amended Complaint [ECF No. 56].

58. On April 11, 2025, CCSD Defendants filed their Answer to the First Amended Complaint [ECF No. 57].

59. On April 16, 2025, the Parties filed a Stipulation to Extend Briefing Schedule for responding to CCEA's Motion to Dismiss First Amended Complaint [ECF No. 58].

60. On April 16, 2025, the Parties filed a Stipulation to Extend Briefing Schedule for responding to CCEA's Motion to Dismiss First Amended Complaint [ECF No. 59].

61. On May 6, 2025, Plaintiffs filed an Opposition to CCEA's Motion to Dismiss Amended Complaint [ECF No. 60].

**II.    Discovery Completed to Date**

Plaintiffs' Disclosures

1. Initial Disclosures were served on August 5, 2024.
2. First Supplemental Disclosures were served on August 6, 2024.
3. Second Supplemental Disclosures were served on October 9, 2024.
4. Third Supplemental Disclosures were served on February 28, 2025.
5. Fourth Supplemental Disclosures were served on March 28, 2025.
6. Fifth Supplemental Disclosures were served on April 7, 2025.
7. Sixth Supplemental Disclosures were served on April 18, 2025.
8. Seventh Supplemental Disclosures were served on April 23, 2025.

CCSD Defendants' Disclosures

1. Initial Disclosures were served on July 30, 2024.

| | |
|---|---|
| 2. | First Supplemental Disclosures were served on October 7, 2024. |
| 3. | Second Supplemental Disclosures were served on March 17, 2025. |
| 4. | Third Supplemental Disclosures were served on April 9, 2025. |
| 5. | Fourth Supplemental Disclosures were served on April 16, 2025. |
| 6. | Fifth Supplemental Disclosures were served on April 23, 2025. |
| 7. | Sixth Supplemental Disclosures were served on April 24, 2025. |
| 8. | Seventh Supplemental Disclosures were served on May 7, 2025. |

Defendant CCEA's Disclosures

1. Initial Disclosures were served on August 5, 2024.
2. First Supplemental Disclosures were served on November 4, 2024.
3. Second Supplemental Disclosures were served on November 25, 2024.

Defendant Lancaster's Disclosures

1. Initial Disclosures were served on August 16, 2024.
2. First Supplemental Disclosures were served on September 23, 2024.

**Written Discovery Completed to Date**

CCSD Defendants

1. CCSD's Responses to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents were served on October 14, 2024.
2. Defendant Washington's Responses to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents were served on October 14, 2024.

Defendant CCEA

1. Responses to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents were served on November 11, 2024.
2. Supplemental Responses to Plaintiffs' First Set of Interrogatories were served on November 25, 2024.

Defendant Lancaster

1. Responses to Plaintiffs' First Set of Interrogatories and Requests for

Production of Documents were served on September 20, 2024.

Depositions

1. Plaintiffs took Krystal Childress's deposition on April 24, 2025 and completed the deposition on May 9, 2025.
2. Plaintiffs took and completed Demetrius Johnson's deposition on April 23, 2025.
3. Plaintiffs took Washington's deposition on May 7, 2025, but have not completed the deposition yet.
4. Plaintiffs took Lancaster's deposition on April 17, 2025 and May 1, 2025 but have not completed the deposition yet.

**Discovery Remaining**

1. Written Discovery to be propounded by Defendants to Plaintiffs regarding damages
2. The Rule 35 Examination of the minor Plaintiff DOE
3. Depositions of the Parties
    a. Plaintiffs must complete Lancaster's and Washington's depositions.
4. Depositions of the Witnesses
    a. Plaintiffs must still depose Christie Ann Guida, as well as other witnesses.
5. Disclosure of Expert Witnesses and Rebuttal Witnesses
6. Deposition of Expert Witnesses and Rebuttal Witnesses
7. Depositions of any and all physical and mental healthcare providers for the minor Plaintiff, the number of which is currently unknown and they have not yet been disclosed by Plaintiff
8. Upon Plaintiffs' production of authorizations for physical and mental health care records, Subpoena Duces Tecum will be issued to gather evidence of the minor Plaintiff's treatment and interaction at locations other than CCSD.
9. Plaintiffs anticipate noticing the depositions of the FRCP 30(b)(6) witnesses

for Defendants CCSD and CCEA.

10. Plaintiffs also anticipate noticing depositions of CCEA personnel that are or were involved in the discipline of teachers, including Lancaster, such as Anthony Zeer and Samual Berry.

11. Plaintiffs also anticipate noticing depositions of CCSD teachers, administrators, and/or staff that are familiar with Lancaster and/or the subject incident. For example, past administrators at schools that Lancaster previously worked at, and teachers, staff, and administrators at Jo Mackey who are referred to in various documents and depositions thus far, such as Erin McCarty, Michelle Keener, Pat Hayden, Tara Miller and Natalie Slocum.

12. Plaintiffs intend to send follow-up written discovery requests regarding documents and information that have been identified through recent depositions and other document disclosures thus far. For example, certain documents disclosed in this matter have referenced other documents or communications that have not yet been disclosed, as well as documents referenced or used by deponents during their depositions.

### III. Why Remaining Discovery Has Not Been Completed

Remaining discovery has not been completed due to several factors, including the recent filing of the Amended Complaint, which added new allegations and expanded the scope of the litigation. As a result, the Parties have had to reassess and revise their discovery strategies to address the new allegations.

Additionally, multiple depositions are scheduled and are set to be scheduled and conducted. Certain depositions have occurred, but more time was needed, so continued depositions have been scheduled. Additionally, the parties have suffered from technological delays. For example, on the date of Lancaster's continued deposition, the internet at Plaintiffs' counsel's office did not work. As such, the deposition had to be rescheduled again. There have also been connectivity issues with Zoom on almost all of the depositions that have occurred to date, thereby contributing to the delay.

The Parties have also served and continue to exchange supplemental disclosures, which have introduced new documents and information necessitating further investigation and additional discovery efforts. These developments have collectively contributed to the need for additional time to complete discovery.

The Parties are also attempting to comply with FERPA restrictions in obtaining some requested records, as well as issue subpoenas for sensitive information that have been time consuming. In an effort to obtain records for expert review, the Parties request additional time for discovery due to the nature of the case.

**IV. Requested Extension or Modification of the Discovery Plan and Scheduling Order**

The length of the requested extension is warranted due to the recent filing of the Amended Complaint, the number of witnesses involved, and the fact that depositions conducted to date have led to the identification of additional individuals with potential knowledge of events relevant to the litigation.

The current discovery deadlines and the Parties' proposed extended deadlines are:

| Scheduled Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Close of Discovery | August 18, 2025 | **November 17, 2025** |
| Amending Pleadings | May 19, 2025 | **August 18, 2025** |
| Expert Disclosures | June 18, 2025 | **September 16, 2025** |
| Rebuttal Disclosures | July 18, 2025 | **October 16, 2025** |
| Dispositive Motions | September 16, 2025 | **December 15, 2025** |
| Joint Pretrial Order | October 16, 2025 | **January 14, 2026** |

This is the second request for an extension of discovery deadlines in this matter. This extension is sought for the purpose of allowing the Parties to fully discover testimony regarding the subject events, damages claimed, expert assessment of the events and damages at issue, and not for any improper purpose or for delay. This will ensure that the parties are properly prepared to litigate this matter on the merits.

1    The Parties respectfully submit that the reasons set forth above constitute compelling

2  reasons and good cause for the extension.

3    Based upon the foregoing, the Parties respectfully request this Court extend discovery

4  deadlines by 90 days as set forth herein above.

5    IT IS SO STIPULATED AND AGREED BY:

| SNELL & WILMER L.L.P. | OLSON, CANNON & GORMLEY |
|---|---|
| */s/ John S. Delikanakis*<br>John S. Delikanakis, Esq., NV Bar No. 5928<br>Gil Kahn, Esq., NV Bar No. 14420<br>Marke L. Betor, Esq., NV Bar No. 15505<br>1700 South Pavilion Center Drive, Suite 700<br>Las Vegas, NV 89135 | */s/ Thomas D. Dillard Jr.*<br>Thomas D. Dillard Jr., Esq.<br>Stephanie Zinna, Esq.<br>9950 West Cheyenne Ave.<br>Las Vegas, NV 89120<br>*Attorneys for CCSD Defendants* |

TYSON & MENDES LLP
Priscilla L. O'Briant (NV Bar No. 10171)
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052

*Attorneys for Defendant CCEA*

| CLOWARD TRIAL LAWYERS | LAW OFFICES OF ANDREW M. LEAVITT, ESQ. |
|---|---|
| */s/ Riley Clayton*<br>Riley Clayton, Esq.<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89120<br>*Attorneys for Plaintiffs* | */s/ Andrew M. Leavitt*<br>Andrew M. Leavitt, Esq.<br>633 South 7th Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiffs* |

**ORDER**

IT IS SO ORDERED.

DATED this __23__ day of __May__ 2025

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2025, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (SECOND REQUEST)** with the Clerk of the Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED May 20, 2025.

                                                       */s/ Michelle Shypkoski*
                                        An Employee of Snell & Wilmer L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive
Las Vegas, Nevada 89135
702.784.5200