THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 6270
STEPHANIE M. ZINNA, ESQ.
Nevada Bar No. 11488
NATASHA SHARMA, ESQ.
Nevada Bar No. 16320
OLSON CANNON & GORMLEY
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone:      702-384-4012
Facsimile:  702-383-0701
Email: tdillard@ocgattorneys.com
        szinna@ocgattorneys.com
        nsharma@ocgattorneys.com
Attorneys for Defendants,
CLARK COUNTY SCHOOL DISTRICT
and KEMALA WASHINGTON

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Fax (702) 383-0701

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOHN and JOANN DOE, parents and natural guardians of JANE DOE, a minor,

Plaintiffs,

v.

CLARK COUNTY SCHOOL DISTRICT; CLARK COUNTY EDUCATION ASSOCIATION; DARRYL L. LANCASTER; KEMALA WASHINGTON; and DOES, 1 through 50, inclusive,

Defendants.

CASE NO. 2:24-cv-00284-GMN-BNW

**STIPULATION AND ORDER FOR EXTENDED BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT**

**(FIRST REQUEST)**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs JOHN and JOANN DOE, as parents and natural guardians of JANE DOE, a minor, ("**Plaintiffs**") by and through their undersigned counsel of record, and Defendants CLARK COUNTY SCHOOL DISTRICT and KEMALA WASHINGTON ("**CCSD Defendants**"), by and through their undersigned counsel of record, and Defendant DARRYL LANCASTER ("**Lancaster,**"- and collectively with Plaintiffs and CCSD Defendants the "**Parties**" or individually a "**Party**"), by and through his undersigned counsel of record, that the parties hereby stipulate and respectfully

request the extended briefing schedule for each party's respective Motion for Summary Judgment as outlined herein.

In support of this Stipulation and Request, the Parties state as follows:

**I.**    **Relevant Procedural History of this Case:**

1.    On August 5, 2024, Plaintiffs filed a proposed Stipulated Discovery Plan (ECF No. 30).

2.    On August 6, 2024, the USDC issued the Order granting the Stipulated Discovery Plan (ECF No. 31).

3.    On October 28, 2024, the CCSD Defendants filed a Proposed Stipulated Confidentiality Agreement and Protective Order (ECF No. 34).

4.    On October 29, 2024, the USDC issued the Order granting the Stipulated Protective and Confidentiality Order (ECF No. 35) (the "**Protective Order**").

5.    On December 13, 2024, the Parties filed a proposed Stipulation and Order to Extend Discovery Deadlines (First Request) [ECF No. 36].

6.    On December 17, 2024, the Court entered an Order Granting First Stipulation and Order to Extend Discovery Deadlines [ECF No. 37].

7.    On May 20, 2025, the Parties filed a proposed Stipulation to Extend Discovery Deadlines (2nd Request) [ECF No. 61].

8.    On May 23, 2025, the Court issued the Order granting the Stipulation to Extend Discovery Deadlines (2nd Request) [ECF No. 62].

9.    On August 25, 2025, the Parties filed a proposed Stipulation to Extend Discovery Deadlines (3rd Request) [ECF No. 66].

10.    On August 27, 2025, the Court set a hearing for September 11, 2025, regarding the Parties' proposed Stipulation to Extend Discovery Deadlines (3rd Request) [ECF No. 67].

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Fax (702) 383-0701
(702) 384-4012

11.     On September 11, 2025, the Court conducted the hearing regarding the Parties' Stipulation to Extend Discovery Deadlines (3rd Request).

12.     On September 11, 2025, the Court issued a Minute Order granting the Stipulation to Extend Discovery Deadlines (3rd Request) [ECF No. 68].

13.     On February 24, 2026, the Parties filed a proposed Stipulation to Extend Discovery Deadlines (4th Request) [ECF No. 75].

14.     On February 25, 2026, the Court issued the Order granting the Stipulation to Extend Discovery Deadlines (4th Request) [ECF No. 77] (the "**4th Discovery Extension**").

15.     Per the 4th Discovery Extension, the Parties' discovery window closed on April 16, 2026.

**II.     Facts and Circumstances Compelling the Parties' Need for an Extended Dispositive Briefing Schedule**

1.     The expert deposition of Richard Shaw, PhD occurred on March 5, 2026.

2.     The continued expert deposition of Michael E. Salitore, EdD occurred on April 10, 2026.

3.     The expert deposition of Wilman J. Iglesias, PhD occurred on March 12, 2026.

4.     The expert deposition of Kimberley Dawn Lakes, PhD occurred on April 14, 2026.

5.     The continued expert deposition of Marian B. Stephens, EdD occurred on April 15, 2026.

6.     The Parties did not receive the final deposition transcript until April 28, 2026, which was for the transcript of Marian B. Stephens, EdD.

7.     The discovery completed to date that may be used for purposes of the Parties' potential and respective Motions for Summary Judgment is extensive and expansive, supporting

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012     Fax (702) 383-0701

the Parties' need for additional time to review such evidence and prepare dispositive motions as appropriate.

8.    Per the Protective Order governing this matter, the Parties intend to work jointly to ascertain the confidential nature of any evidence on the record being used for any Party's Motion for Summary Judgment and to prepare any motions as necessary in furtherance of any confidentiality needs.

9.    Additionally, Counsel for Plaintiffs is in a two- to three-week trial for A-23-883990-C, *De Los Reyes v. Cornwall*, in the Eighth Judicial District Court, in Clark County, Nevada, Department 9, the Honorable Maria Gall presiding, starting on May 11, 2026.

10.    Presently, dispositive motions are due May 14, 2026.

### III.    Parties' Proposed Extended Briefing Schedule for Motions for Summary Judgment

Pursuant to the aforementioned, the Parties respectfully request this Honorable Court grant the following extended briefing schedule for the Parties' Motions for Summary Judgment:

1.    Dispositive motion filing deadline: June 4, 2026;

2.    Opposition motion filing deadline: July 9, 2026; and

3.    Reply motions in support of respective motions for summary judgment: August 4, 2026.

The Parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the requested extended briefing schedule

/ / /

/ / /

/ / /

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Fax (702) 383-0701

BASED UPON THE FOREGOING, the Parties respectfully request this Court extend the dispositive motion briefing schedule deadlines as set forth hereinabove.

IT IS SO STIPULATED AND AGREED BY:

DATED: May 11, 2026.

CLOWARD TRIAL LAWYERS

*By: /s/ Angela M. Lee, Esq.*_____
RILEY CLAYTON ESQ.
Nevada Bar No. 5260
ANGELA M. LEE, ESQ.
Nevada Bar No. 14905
6830 W. Oquendo Rd., Ste. 202
Las Vegas, NV 89118
*Attorneys for Plaintiffs*

DATED: May 11, 2026.

OLSON CANNON & GORMLEY

By: *ic/s/ Natasha Sharma, Esq.*_____
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 6270
STEPHANIE M. ZINNA, ESQ.
Nevada Bar No. 11488
NATASHA SHARMA, ESQ.
Nevada Bar No. 16320
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
*Attorneys for Defendants,*
*Clark County School District*
*and Kemala Washington*

DATED: May 11, 2026.

LAW OFFICES OF
ANDREW M. LEAVITT, ESQ.

*By: Andrew M. Leavitt, Esq.*_____
ANDREW M. LEAVITT ESQ.
Nevada Bar No. 3989
633 South 7th Street
Las Vegas NV 89101
*Attorneys for Defendant,*
*Darryl Lancaster*

## **ORDER**

**IT IS SO ORDERED.**

DATED this __12th__ day of ____May__, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 11th day of May, 2026, I served the above and foregoing STIPULATION AND ORDER TO EXTENDED BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT (FIRST REQUEST) through the CM/ECF system of the United States District Court for the District of Nevada (or if necessary, by electronic mail delivery and by U.S. Mail, first class, postage pre-paid), upon the following:

Riley Clayton, Esq.
riley@thefiercefirm.com
Angela M. Lee, Esq.
angela@thefiercefirm.com
CLOWARD TRIAL LAWYERS
6830 W. Oquendo Rd., Ste. 202
Las Vegas, NV 89118
(702) 605-5000
*Attorneys for Plaintiffs*

Andrew M. Leavitt, Esq.
LAW OFFICES OF
ANDREW M. LEAVITT, ESQ.
andrewleavitt@ymail.com
633 South 7th Street
Las Vegas, NV 89101
(702) 382-2800
*Attorney for Defendant Lancaster*

_/s/ Wanda Rivera_____
An Employee of Olson Cannon & Gormley

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Fax (702) 383-0701

## Wanda Rivera

| | |
|---|---|
| **From:** | Andrew Leavitt <andrewleavitt@ymail.com> |
| **Sent:** | Monday, May 11, 2026 3:36 PM |
| **To:** | Angela Lee; Natasha Sharma |
| **Cc:** | Riley Clayton; Tom Dillard; Stephanie Zinna; Audrianna Click; Wanda Rivera; Catherine Barnhill |
| **Subject:** | Re: URGENT: For Parties' Review re Draft SAO to extend MSJ schedule | Doe v. CCSD - Motions for Summary Judgment |

 **Caution**: External (andrewleavitt@ymail.com)

First-Time Sender   Details

**Be cautious as this is the first time we are receiving communications from this sender.**



Safe Spam Phish More... What is this? Protection by INKY

Approved, please use my e-signature

Law Offices of Andrew M. Leavitt, Esq.
633 S, 7th Street
Las Vegas, NV 89101
Office: 702-382-2800
Fax: 702-382-7438
Email: andrewleavitt@ymail.com

On Monday, May 11, 2026 at 03:17:09 PM PDT, Natasha Sharma <nsharma@ocgattorneys.com> wrote:

Hi Angela,

Thanks, I'm agreeable to all changes made on your firm's behalf.

**@Andrew Leavitt, please advise if you're agreeable to the attached and if we may file with your signature.**

Thank you,

**Natasha Sharma** | Attorney
P: (702) 384-4012 | F: (702) 383-0701
nsharma@ocgattorneys.com | ocgattorneys.com
9950 W Cheyenne Ave | Las Vegas, NV 89129

1

THE L

# OLSON · CAN

## A PROFESS

## SERVING

CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential or legally privileged information. If you are not the intended recipient, please notify the sender immediately and delete this email.

**From:** Angela Lee <Angela@thefiercefirm.com>
**Sent:** Monday, May 11, 2026 3:12 PM
**To:** Catherine Barnhill <Cat@thefiercefirm.com>; Natasha Sharma <Nsharma@ocgattorneys.com>
**Cc:** Riley Clayton <Riley@thefiercefirm.com>; Tom Dillard <tdillard@ocgattorneys.com>; Stephanie Zinna <szinna@ocgattorneys.com>; Audrianna Click <aclick@ocgattorneys.com>; Wanda Rivera <wrivera@ocgattorneys.com>; Andrew Leavitt <andrewleavitt@ymail.com>
**Subject:** RE: For Parties' Review: Draft SAO to extend MSJ schedule | Doe v. CCSD - Motions for Summary Judgment

I accepted all of Cat's changes and added a bit more information about the trial. My version is attached. If you are agreeable to these changes, we approve the use of our e-signature.

Thank you!!

**ANGELA M. LEE, ESQ.**

**CLOWARD TRIAL LAWYERS**



6830 W Oquendo Rd., Ste. 202 | Las Vegas, NV 89118
Office: 702.605.5000 | Fax: 702.997.5000
Direct: 702.425.9161
Email:  Angela@TheFierceFirm.com
Website:  https://www.thefiercefirm.com/

**Confidentiality Notice:**  This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it. Please do not, directly, or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act.

---

**From:** Catherine Barnhill <Cat@thefiercefirm.com>
**Sent:** Monday, May 11, 2026 11:19 AM
**To:** Natasha Sharma <Nsharma@ocgattorneys.com>
**Cc:** Riley Clayton <Riley@thefiercefirm.com>; Tom Dillard <tdillard@ocgattorneys.com>; Stephanie Zinna <szinna@ocgattorneys.com>; Audrianna Click <aclick@ocgattorneys.com>; Wanda Rivera <wrivera@ocgattorneys.com>; Angela Lee <Angela@thefiercefirm.com>; Andrew Leavitt <andrewleavitt@ymail.com>
**Subject:** RE: For Parties' Review: Draft SAO to extend MSJ schedule | Doe v. CCSD - Motions for Summary Judgment

3