THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 6270
STEPHANIE M. ZINNA, ESQ.
Nevada Bar No. 11488
NATASHA SHARMA, ESQ.
Nevada Bar No. 16320
OLSON CANNON & GORMLEY
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone:       702-384-4012
Facsimile:   702-383-0701
Email: tdillard@ocgattorneys.com
        szinna@ocgattorneys.com
        nsharma@ocgattorneys.com
*Attorneys for Defendants*
*CLARK COUNTY SCHOOL DISTRICT*
*and KEMALA WASHINGTON*

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012        Fax (702) 383-0701

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOHN and JOANN DOE, parents and natural guardians of JANE DOE, a minor,

Plaintiffs,

v.

CLARK COUNTY SCHOOL DISTRICT; CLARK COUNTY EDUCATION ASSOCIATION; DARRYL L. LANCASTER; KEMALA WASHINGTON; and DOES, 1 through 50, inclusive,

Defendants.

CASE NO. 2:24-cv-00284-GMN-BNW

**STIPULATION AND ORDER FOR EXTENDED BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT**

**(SECOND REQUEST)**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs JOHN and JOANN DOE, as parents and natural guardians of JANE DOE, a minor, ("**Plaintiffs**") by and through their undersigned counsel of record, and Defendants CLARK COUNTY SCHOOL DISTRICT and KEMALA WASHINGTON ("**CCSD Defendants**"), by and through their undersigned counsel of record, and Defendant DARRYL LANCASTER ("**Lancaster,**"- and collectively with Plaintiffs and CCSD Defendants the "**Parties**" or individually a "**Party**"), by and through his undersigned counsel of record, that the parties hereby stipulate and respectfully

Page 1 of 6

request the extended briefing schedule for each party's respective Motion for Summary Judgment as outlined herein.

In support of this Stipulation and Request, the Parties state as follows:

## I.    Relevant Procedural History of this Case:

1.    On August 5, 2024, Plaintiffs filed a proposed Stipulated Discovery Plan (ECF No. 30).

2.    On August 6, 2024, the USDC issued the Order granting the Stipulated Discovery Plan (ECF No. 31).

3.    On October 28, 2024, the CCSD Defendants filed a Proposed Stipulated Confidentiality Agreement and Protective Order (ECF No. 34).

4.    On October 29, 2024, the USDC issued the Order granting the Stipulated Protective and Confidentiality Order (ECF No. 35) (the "**Protective Order**").

5.    On December 13, 2024, the Parties filed a proposed Stipulation and Order to Extend Discovery Deadlines (First Request) [ECF No. 36].

6.    On December 17, 2024, the Court entered an Order Granting First Stipulation and Order to Extend Discovery Deadlines [ECF No. 37].

7.    On May 20, 2025, the Parties filed a proposed Stipulation to Extend Discovery Deadlines (2nd Request) [ECF No. 61].

8.    On May 23, 2025, the Court issued the Order granting the Stipulation to Extend Discovery Deadlines (2nd Request) [ECF No. 62].

9.    On August 25, 2025, the Parties filed a proposed Stipulation to Extend Discovery Deadlines (3rd Request) [ECF No. 66].

10.    On August 27, 2025, the Court set a hearing for September 11, 2025, regarding the Parties' proposed Stipulation to Extend Discovery Deadlines (3rd Request) [ECF No. 67].

Law Offices of
OLSON CANNON & GORMLEY
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Fax (702) 383-0701
(702) 384-4012

11. On September 11, 2025, the Court conducted the hearing regarding the Parties' Stipulation to Extend Discovery Deadlines (3rd Request).

12. On September 11, 2025, the Court issued a Minute Order granting the Stipulation to Extend Discovery Deadlines (3rd Request) [ECF No. 68].

13. On February 24, 2026, the Parties filed a proposed Stipulation to Extend Discovery Deadlines (4th Request) [ECF No. 75].

14. On February 25, 2026, the Court issued the Order granting the Stipulation to Extend Discovery Deadlines (4th Request) [ECF No. 77] (the "**4th Discovery Extension**").

15. Per the 4th Discovery Extension, the Parties' discovery window closed on April 16, 2026.

16. On May 11, 2026, the Parties entered into a Stipulation And Order For Extended Briefing Schedule For Motions For Summary Judgment (First Request) [ECF No. 78] (the "**MSJ Briefing Extension"**).

17. On May 12, 2026, the Court issued an Order granting the MSJ Briefing Extension [ECF No. 78].

**II.** **Facts and Circumstances Compelling the Parties' Need for an Extended Dispositive Briefing Schedule**

1. The expert deposition of Richard Shaw, PhD occurred on March 5, 2026.

2. The continued expert deposition of Michael E. Salitore, EdD occurred on April 10, 2026.

3. The expert deposition of Wilman J. Iglesias, PhD occurred on March 12, 2026.

4. The expert deposition of Kimberley Dawn Lakes, PhD occurred on April 14, 2026.

5. The continued expert deposition of Marian B. Stephens, EdD occurred on April 15, 2026.

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Fax (702) 383-0701

6. The Parties did not receive the final deposition transcript until April 28, 2026, which was for the transcript of Marian B. Stephens, EdD.

7. The discovery completed to date that may be used for purposes of the Parties' potential and respective Motions for Summary Judgment is extensive and expansive, supporting the Parties' need for additional time to review such evidence and prepare dispositive motions as appropriate.

8. Per the Protective Order governing this matter, the Parties are presently working with one another to jointly to ascertain the confidential nature of any evidence on the record being used for any Party's Motion for Summary Judgment and to prepare a joint motion in furtherance of any confidentiality needs. The Parties are diligently communicating and collaborating to accomplish this goal and intent to file such motion prior to the filing of any Party's motion for summary judgement.

9. Counsel for CCSD Defendants is in a two-week trial from July 13 through July 27, 2026 for Case No. A-23-866178-C in Department 9 of the Eighth Judicial District Court before the Honorable Maria Gall.

10. Presently, dispositive motions are due June 4, 2026.

**III. Parties' Proposed Extended Briefing Schedule for Motions for Summary Judgment**

Pursuant to the aforementioned, the Parties respectfully request this Honorable Court grant the following extended briefing schedule for the Parties' Motions for Summary Judgment:

1. Dispositive motion filing deadline: June 25, 2026;

2. Opposition motion filing deadline: July 23, 2026; and

3. Reply motions in support of respective motions for summary judgment: August 20, 2026.

The Parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the requested extended briefing schedule

BASED UPON THE FOREGOING, the Parties respectfully request this Court extend the dispositive motion briefing schedule deadlines as set forth hereinabove.

IT IS SO STIPULATED AND AGREED BY:

DATED:  May 29, 2026.

CLOWARD TRIAL LAWYERS


By: /s/Angela Lee, Esq._____
RILEY CLAYTON ESQ.
Nevada Bar No. 5260
ANGELA M. LEE, ESQ.
Nevada Bar No. 14905
6830 W. Oquendo Rd., Ste. 202
Las Vegas, NV 89118
*Attorneys for Plaintiffs*

DATED:  May 29, 2026.

OLSON CANNON & GORMLEY


By: /s/ Natasha Sharma, Esq._____
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 6270
STEPHANIE M. ZINNA, ESQ.
Nevada Bar No. 11488
NATASHA SHARMA, ESQ.
Nevada Bar No. 16320
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
*Attorneys for Defendants*
*Clark County School District*
*and Kemala Washington*

DATED:  May 29, 2026.

LAW OFFICES OF
ANDREW M. LEAVITT, ESQ.

By: Andrew M. Leavitt, Esq.____
ANDREW M. LEAVITT ESQ.
Nevada Bar No. 3989
633 South 7th Street
Las Vegas NV 89101
*Attorneys for Defendant*
*Darryl Lancaster*

## **ORDER**

IT IS SO ORDERED.

DATED this ____1____ day of _____June_____, 2026.

_____
UNITED STATES DISTRICT JUDGE

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012     Fax (702) 383-0701

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 29th day of May, 2026, I served the above and foregoing **STIPULATION AND ORDER FOR EXTENDED BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT (SECOND REQUEST)** through the CM/ECF system of the United States District Court for the District of Nevada (or if necessary, by electronic mail delivery and by U.S. Mail, first class, postage pre-paid), upon the following:

Riley Clayton, Esq.
riley@thefiercefirm.com
Angela M. Lee, Esq.
angela@thefiercefirm.com
CLOWARD TRIAL LAWYERS
6830 W. Oquendo Rd., Ste. 202
Las Vegas, NV 89118
(702) 605-5000
Attorneys for Plaintiffs

Andrew M. Leavitt, Esq.
LAW OFFICES OF
ANDREW M. LEAVITT, ESQ.
andrewleavitt@ymail.com
633 South 7th Street
Las Vegas, NV 89101
(702) 382-2800
Attorney for Defendant Lancaster

_____/s/ Wanda Rivera_____
An Employee of Olson Cannon & Gormley

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Fax (702) 383-0701

**Wanda Rivera**

| | |
|---|---|
| **From:** | Angela Lee <Angela@thefiercefirm.com> |
| **Sent:** | Friday, May 29, 2026 12:57 PM |
| **To:** | Natasha Sharma; Andrew Leavitt |
| **Cc:** | Riley Clayton; Tom Dillard; Stephanie Zinna; Audrianna Click; Wanda Rivera; Catherine Barnhill |
| **Subject:** | RE: For Parties' Rev - SAO to extend | Doe v. CCSD - Motions for Summary Judgment |

 External (angela@thefiercefirm.com)

Safe  Spam  Phish  More...  What is this?  Protection by INKY

I approve the use of my e-signature.

Thanks!

**ANGELA M. LEE, ESQ.**

**CLOWARD TRIAL LAWYERS**



6830 W Oquendo Rd., Ste. 202 | Las Vegas, NV 89118
Office: 702.605.5000 | Fax: 702.997.5000
Direct: 702.425.9161
Email:  Angela@TheFierceFirm.com
Website:  https://www.thefiercefirm.com/

**Confidentiality Notice:**  This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it. Please do not, directly, or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act.

From: Natasha Sharma <Nsharma@ocgattorneys.com>
Sent: Friday, May 29, 2026 12:28 PM
To: Andrew Leavitt <andrewleavitt@ymail.com>; Angela Lee <Angela@thefiercefirm.com>
Cc: Riley Clayton <Riley@thefiercefirm.com>; Tom Dillard <tdillard@ocgattorneys.com>; Stephanie Zinna <szinna@ocgattorneys.com>; Audrianna Click <aclick@ocgattorneys.com>; Wanda Rivera <wrivera@ocgattorneys.com>; Catherine Barnhill <Cat@thefiercefirm.com>

1

**Subject:** For Parties' Rev - SAO to extend | Doe v. CCSD - Motions for Summary Judgment
**Importance:** High

Hi Angela and Andrew,

Since we're still collaborating on the motion for PTO, Angela and I thought it would be pragmatic to extend the MSJ briefing schedule once more while we finalize the other motion. Attached is a draft proposed SAO. Please send any edits in redline or advise if we can file today this with your signature.

Thanks,

**Natasha Sharma** | Attorney
P: (702) 384-4012 | F: (702) 383-0701
nsharma@ocgattorneys.com | ocgattorneys.com
9950 W Cheyenne Ave | Las Vegas, NV 89129



CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential or legally privileged information. If you are not the intended recipient, please notify the sender immediately and delete this email.

---

**From:** Natasha Sharma <Nsharma@ocgattorneys.com>
**Date:** Wednesday, May 27, 2026 at 2:01 PM
**To:** Catherine Barnhill <Cat@thefiercefirm.com>
**Cc:** Riley Clayton <Riley@thefiercefirm.com>, Tom Dillard <tdillard@ocgattorneys.com>, Stephanie Zinna <szinna@ocgattorneys.com>, Audrianna Click <aclick@ocgattorneys.com>, Wanda Rivera <wrivera@ocgattorneys.com>, Andrew Leavitt <andrewleavitt@ymail.com>, Angela Lee <Angela@thefiercefirm.com>
**Subject:** Re: Mtn for PTO | Doe v. CCSD - Motions for Summary Judgment

Thanks, please see attached

**Natasha Sharma** | Attorney

P: (702) 384-4012 | F: (702) 383-0701
nsharma@ocgattorneys.com | ocgattorneys.com
9950 W Cheyenne Ave | Las Vegas, NV 89129



CONFIDENTIALITY NOTICE: This email and any attachments may contain confidential or legally privileged information. If you are not the intended recipient, please notify the sender immediately and delete this email.

## Wanda Rivera

| | |
|---|---|
| **From:** | Andrew Leavitt <andrewleavitt@ymail.com> |
| **Sent:** | Friday, May 29, 2026 1:03 PM |
| **To:** | Natasha Sharma; Angela Lee |
| **Cc:** | Riley Clayton; Tom Dillard; Stephanie Zinna; Audrianna Click; Wanda Rivera; Catherine Barnhill |
| **Subject:** | Re: For Parties' Rev - SAO to extend \| Doe v. CCSD - Motions for Summary Judgment |

 External (andrewleavitt@ymail.com)           Synergy Solutions IT

Graymail Spam Phish More... What is this? Protection by INKY

approved, you may affix my e-signature.

Law Offices of Andrew M. Leavitt, Esq.
633 S, 7th Street
Las Vegas, NV 89101
Office: 702-382-2800
Fax: 702-382-7438
Email: andrewleavitt@ymail.com


On Friday, May 29, 2026 at 12:57:25 PM PDT, Angela Lee <angela@thefiercefirm.com> wrote:


I approve the use of my e-signature.

Thanks!

**ANGELA M. LEE, ESQ.**

**CLOWARD TRIAL LAWYERS**

1



6830 W Oquendo Rd., Ste. 202 | Las Vegas, NV 89118
Office: 702.605.5000 | Fax: 702.997.5000
Direct: 702.425.9161
Email:  Angela@TheFierceFirm.com
Website:  https://www.thefiercefirm.com/

**Confidentiality Notice:**  This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it. Please do not, directly, or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act.

**From:** Natasha Sharma <Nsharma@ocgattorneys.com>
**Sent:** Friday, May 29, 2026 12:28 PM
**To:** Andrew Leavitt <andrewleavitt@ymail.com>; Angela Lee <Angela@thefiercefirm.com>
**Cc:** Riley Clayton <Riley@thefiercefirm.com>; Tom Dillard <tdillard@ocgattorneys.com>; Stephanie Zinna <szinna@ocgattorneys.com>; Audrianna Click <aclick@ocgattorneys.com>; Wanda Rivera <wrivera@ocgattorneys.com>; Catherine Barnhill <Cat@thefiercefirm.com>
**Subject:** For Parties' Rev - SAO to extend | Doe v. CCSD - Motions for Summary Judgment
**Importance:** High

Hi Angela and Andrew,

Since we're still collaborating on the motion for PTO, Angela and I thought it would be pragmatic to extend the MSJ briefing schedule once more while we finalize the other motion. Attached is a draft proposed SAO. Please send any edits in redline or advise if we can file today this with your signature.

Thanks,