**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOHN DOE, *et al.*,

Plaintiffs,

vs.

CLARK COUNTY SCHOOL DISTRICT, *et al.*,

Defendants.

Case No.: 2:24-cv-00284-GMN-BNW

**ORDER DENYING WITHOUT PREJUDICE MOTION FOR APPROVAL OF MINOR'S COMPROMISE**

Pending before the Court is Plaintiffs' Motion for Approval of Minor's Compromise, (ECF No. 98).

Federal Rule of Civil Procedure 17(c) imposes a "special duty" on district courts approving minor's compromises. *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011). That duty "requires a district court to conduct its own inquiry to determine whether the settlement serves the best interests of the minor," particularly "whether the net recovery of [the] minor plaintiff is fair and reasonable." *Id.* at 1181–82 (citations omitted). The Court cannot approve the Minor's Compromise at this time because Plaintiffs have not provided sufficient information for the Court to find that it is fair and reasonable. However, the Court will allow Plaintiffs to file a renewed Motion with the requisite information.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Approval of Minor's Compromise, (ECF No. 98), is **DENIED without prejudice.**

**IT IS FURTHER ORDERED** that Plaintiffs must file a renewed Motion for Approval of Minor's Compromise that contains the following information and exhibits:

- Whether the annuity is only accessible by Jane Doe;
- Why the parties selected Athene Qualified Assignment Corporation, a life insurance company, as the holder of the annuity, rather than a bank;
- Whether the annuity account is Federal Deposit Insurance Corporation ("FDIC") insured, and if it is not FDIC-insured, how the parties will ensure its security;
- An explanation of the "Esquire Interest" in the breakdown of the attorneys' fees and costs;
- The entire Structured Annuity Document, signed by the appropriate employee(s) of Athene Qualified Assignment Corporation;
- The unredacted, deanonymized Declaration of "John Doe" (currently filed as Exhibit 1), signed in John Doe's real name;
- The unredacted, deanonymized Cloward Trial Lawyers Contingency Fee Agreement (currently filed as Exhibit 2); and
- The unredacted, deanonymized Settlement Agreement (currently filed as Exhibit 3).

The renewed Motion must be filed no later than **December 21, 2026.** Neither the Motion nor the Exhibits may be redacted, and all Exhibits must use the Plaintiffs' real names rather than pseudonyms. To protect the Plaintiffs' privacy, the Motion and Exhibits may be filed under seal.

**DATED** this 16 day of November, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT